## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**JUANITA REED,**

        **Plaintiff,**

**-vs-**                               **Case No.  3-:05-CV-019**

**EBENX ADMINISTRATORS, et al.,**

                                          **Judge Thomas M. Rose**

        **Defendants.**

### ORDER OF DISMISSAL: TERMINATION ENTRY

        The Court having been advised by counsel for the Parties that the above captioned matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the Parties, provided that any of the Parties may, upon good cause shown within sixty (60) days, reopen this action if settlement is not consummated.

        Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Insurance Company of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. This Court will retain jurisdiction to enforce the terms of the settlement between the Parties, if necessary.

        The Clerk is hereby ordered to serve a copy of this Order of Dismissal on Mr. David Haick and Ms. Sharon Hollins at the addresses indicated below.

**DONE** and **ORDERED** in Dayton, Ohio, this Nineteenth day of May, 2005.

                      s/Thomas M. Rose

                  _____
                      THOMAS M. ROSE
                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Mr. David Haick
General Counsel
Ebenx, Inc.
11405 Bluegrass Parkway
Louisville, KY 40299

Ms. Sharon Hollins
HCR ManorCare
333 North Summit Street
Toledo, OH 43604-2617